7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Tim Glenn Gunn and Malinda Sue Gunn
*Debtor*

*Bankruptcy Case No.*
13–61610–abf7

**James Randall Cox**
    Plaintiff(s)

*Adversary Case No.*
14–06003–abf

v.

**Malinda Sue Gunn**
**Tim Glenn Gunn**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman, United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment by Default, is hereby entered in favor of the Plaintiff, James R. Cox, and against Defendants/Respondents, Tim Glenn Gunn and Malinda Sue Gunn in the amount of $10,581.25. Judgment shall bear interest from and after date of judgment at the legal rate upon said sums until paid. Costs taxed against respondents.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 3/25/14

Court to serve